1  JCL Law Firm, APC
   Jean-Claude Lapuyade (SBN 248676)
2  jlapuyade@jcl-lawfirm.com
   3990 Old Town Avenue, Suite C204
3  San Diego, California 92110
   Telephone: (619) 599-8292
4
5  SOMMERS SCHWARTZ, P.C.
   Kevin J. Stoops (SBN332200)
   kstoops@sommerspc.com
6  Charles R. Ash, IV (*pro hac vice*)
   crash@sommerspc.com
7  One Towne Square, Suite 1700
   Southfield, Michigan 48076
8  Telephone: (248) 355-0300
9
   *Counsel for Plaintiff and Proposed Class
10 and Collective Members*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **ANNIE LI,** individually and on behalf of all other similarly situated individuals, <br><br> Plaintiff, <br><br> vs. <br><br> **APPLE MEDICAL CENTER AND URGENT CARE, INC.**, a California corporation, <br><br> Defendants. | Case No.: 5:19-cv-01020-JGB-SHK <br><br> <u>Class and Collective Action</u> <br><br> <u>Assigned for All Purposes to:</u> <br> Hon. Jesus G. Bernal <br><br> **NOTICE OF UNOPPOSED MOTION AND MOTION FOR FINAL APPROVAL OF CLASS/ COLLECTIVE ACTION SETTLEMENT** <br><br> [*Filed concurrently with Memorandum of Points and Authorities; Declaration of Kevin Stoops; and [Proposed] Order*] <br><br> Hearing: Monday, September 13, 2021 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 1, 3470 Twelfth Street, Riverside, California <br> Original Complaint: June 4, 2019 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **Monday, September 13, 2021**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, in Courtroom 1 of this Court, 3470 Twelfth Street, Riverside, California, before the Honorable Jesus G. Bernal, Plaintiff Annie Li ("Plaintiff"), on behalf of herself and the putative Settlement Class of similarly situated employees of Defendant Apple Medical Center and Urgent Care ("Defendant"), will and hereby does move this Court for final approval of the Parties' Stipulation of Settlement ("Settlement" or "Settlement Agreement"), which proposes a fair and reasonable resolution of all of Plaintiff's class, collective, and representative claims against Defendant in this action.

Plaintiff respectfully submits good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents. Defendant's counsel has reviewed the documents being filed in support of this Motion and does not oppose it, though Defendant has reserved the right to submit a Notice of Non-Opposition, together with any additional points and authorities for the Court's consideration.

The basis for this Motion is that the proposed Settlement is fair, adequate, and reasonable and in the best interests of the Class and Collective members as a whole, and the procedures proposed by the parties are adequate to ensure the opportunity of Class and Collective members to participate in, opt out of, or object to the Settlement.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and other documents filed herewith, including the Stipulation of Settlement, the Declaration of Class Counsel, the Mediator's Proposal for Settlement, the lack of objections to the settlement, the [Proposed] Order granting final approval, and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

DATED: August 23, 2021

Respectfully submitted,
SOMMERS SCHWARTZ, P.C.

By:  *s/ Kevin J. Stoops*
Kevin J. Stoops (SBN 332200)
Charles R. Ash, IV (p*ro hac vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan  48076
Telephone: (248) 355-0300
Facsimile:  (248) 746-4001

Jean-Claude Lapuyade
3990 Old Town Avenue, Suite C204
San Diego, California  92110
Telephone: (619) 599-8292
Facsimile:  (619) 599-8291

*Counsel for Plaintiff and Putative Class*
*Attorneys for Plaintiffs and the Putative Classes*

**CERTIFICATE OF SERVICE**

I certify that on August 23, 2021, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*s/ Kevin J. Stoops*
Kevin J. Stoops *(SBN332200)*
SOMMERS SCHWARTZ, P.C.